05-15-01518-CV

Filed: 12/14/2015 3:28:48 PM
Yoon Kim
District Clerk
Collin County, Texas
By Sandra Hill Deputy
Envelope ID: 8227387

CAUSE NO. 429-03527-2014

| | | |
|---|---|---|
| TERRY PERRY, BENNY PERRY, AND DAVID PERRY | § § § § | IN THE DISTRICT COURT |
| | | 5th COURT OF APPEALS DALLAS, TEXAS |
| VS. | § § § | COLLIN COUNTY, TEXAS |
| | | LISA MATZ Clerk |
| CORRINNE SMITH, KYLE PIERRE SMITH, AND MICHELLE SUZANNE SMITH | § § § | 429TH JUDICIAL DISTRICT |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/14/2015 3:54:52 PM
LISA MATZ
Clerk

## MICHELLE SUZANNE SMITH'S NOTICE OF RESTRICTED APPEAL

Pursuant to Texas Rules of Appellate Procedure 25.1 and 30, Appellant Michelle Suzanne Smith, a Defendant in the above action, files this notice of restricted appeal to the Fifth Court of Appeals of Texas in Dallas, Texas.

On October 13, 2015, the 429th Judicial District Court of Collin County, Texas signed an Order on Plaintiff's Motion for No-Answer Default Judgment as to Defendant, Michelle Suzanne Smith (the "Judgment") in Cause Number 429-03527-2014, styled *Terry Perry, Benny Perry, and David Perry vs. Corrine Smith, Kyle Pierre Smith, and Michelle Suzanne Smith*. Appellant Michelle Suzanne Smith desires to appeal this Judgment.

Appellant Michelle Suzanne Smith is a party affected by the trial court's judgment but the Appellant did not participate, in person or through counsel, in the hearing that resulted in the Judgment of which Appellant complains. Appellant did not timely file a post-judgment motion, a request for findings of fact and conclusions of law, or a notice of appeal in this action.

Respectfully submitted,

McDONALD SANDERS, P.C.
777 Main Street, Suite 1300
Fort Worth, Texas 76102
Phone: (817) 336-8651
Metro: (817) 429-1150
Fax: (817) 334-0271

By: /s/ Greg S. Hargrove
    Greg S. Hargrove
    State Bar No. 09001500
    gsh@mcdonaldlaw.com
    Kathy Kassabian
    State Bar No. 24077807
    kmk@mcdonaldlaw.com

ATTORNEYS FOR DEFENDANT
MICHELLE SUZANNE SMITH

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of December, 2015 a true and correct copy of the foregoing document has been served on all the parties listed below, as follows:

| | Via: | |
|---|---|---|
| Robert L. Crill<br>Crill Law Firm<br>1221 N I35 East<br>Carrollton TX 75006<br>817-887-1604 (Fax)<br><br>Steven R. Samples<br>Samples Law Group<br>2605 Airport Freeway, Suite 100<br>Fort Worth, Texas 76111<br>855-605-1505 (Fax) | ☒ | Electronic Filing Manager |
| | ☐ | In Person |
| | ☐ | U.S. Mail |
| | ☐ | Commercial Delivery Service |
| | ☒ | Fax |
| | ☐ | Email |
| | ☐ | Other (as directed by the Court) |

/s/ Greg S. Hargrove
Greg S. Hargrove